# Third District Court of Appeal
## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-250
Lower Tribunal Nos. 14-3027 CC, 20-232 AP

————————

## Central Therapy Center, Inc., a/a/o Luis Gonzalez,
Appellant,

vs.

## Progressive Select Insurance Company,
Appellee.

An Appeal from the County Court for Miami-Dade County, Michaelle Gonzalez-Paulson, Judge.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Corredor & Husseini, P.A., and Maria E. Corredor, for appellant.

deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP, and Kenneth P. Hazouri (Orlando), for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed. See Miracle Health Servs., Inc., a/a/o Kirenia Tamayo, v. Progressive Select Ins. Co., 326 So. 3d 109 (Fla. 3d DCA 2021).